**Fill in this information to identify the case:**

Debtor Name **Backup Power Source, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF MINNESOTA**

Case number (if known): **17-33288**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

## Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.................................................................................. | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................ | **$87,640.00**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................. | **$87,640.00**

## Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... | **$7,682.29**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+   $118,027.37**

4.  **Total liabilities**
    Lines 2 + 3a + 3b............................................................................................. | **$125,709.66**

**Fill in this information to identify the case**

Debtor name    **Backup Power Source, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number    **17-33288**
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of
                                                                                              debtor's interest**

2.  **Cash on hand**                                                                      _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                    account number

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

4.1. **Chandler Coop Dividend** _____    **$165.00**

5.  **Total of Part 1**                                                                   | **$165.00** |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| Debtor | **Backup Power Source, Inc.** | Case number (if known) | **17-33288** |
|---|---|---|---|
| | Name | | |

**Current value of
debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.

   $0.00

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

   **Current value of
   debtor's interest**

11. **Accounts receivable**

| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = .............. ➔ | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$11,158.00** | – | **$0.00** | = .............. ➔ | **$11,158.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   $11,158.00

## Part 4:  Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

   | | **Valuation method
   used for current value** | **Current value of
   debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated
   businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                              % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and
   non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.

   $0.00

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

Debtor   **Backup Power Source, Inc.**                                    Case number (if known)   __17-33288__
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Backup Power Source, Inc.** | Case number (if known) **17-33288** |
|---|---|---|
| | Name | |

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Office furnishings | **$1,065.00** | Depreciated | **$1,398.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$1,398.00** |
|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Equipment | **$0.00** | Depreciated | **$26,262.00** |
| Equipment | **$1,321.00** | Depreciated | **$1,632.08** |
| Equipment | **$330.28** | Depreciated | **$408.02** |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | **$28,302.10** |
|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

| Debtor | **Backup Power Source, Inc.** | Case number (if known) | **17-33288** |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.            **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.            **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

Debtor    **Backup Power Source, Inc.**    Case number (if known)    **17-33288**
Name

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

# Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Federal/State: Loss _____ Tax year  **2016**    **$46,616.90**

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    **$46,616.90**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  **Backup Power Source, Inc.** _____  Case number (if known) __17-33288__
  Name

---

<span style="background:black;color:white">**Part 12:**</span> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$165.00** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$11,158.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,398.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$28,302.10** | |
| **88. Real property.** *Copy line 56, Part 9* ........................................ ➜ | | **$0.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$46,616.90** | |
| **91. Total.** Add lines 80 through 90 for each column. | 91a. **$87,640.00** + | 91b. **$0.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................... **$87,640.00**

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Backup Power Source, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known) | **17-33288** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| **Creditor's mailing address** | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** ☐ No ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☐ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☐ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$0.00**

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Backup Power Source, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known) | **17-33288** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**IRS**

**PO BOX 145566**

_____

**Cincinatti          OH     45250-5560**

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$5,372.46**    Priority amount: **$5,372.46**

**2.2** | Priority creditor's name and mailing address

**Minnesota Department of Revenue**

**600 Robert St N**

_____

**St Paul          MN     55101**

Date or dates debt was incurred
**2016**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,781.99**    Priority amount: **$1,781.99**

Debtor    **Backup Power Source, Inc.**                                    Case number (if known)  **17-33288**

---

| **Part 1:** | **Additional Page** |

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  | | **Total claim** | **Priority amount** |

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$527.84** | **$527.84** |

**Minnesota Unemployment Fund**

**PO BOX 4629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**St. Paul                    MN        55101-4629**

**Basis for the claim:**

Date or dates debt was incurred

**Fee**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

Debtor    **Backup Power Source, Inc.**    Case number (if known)    **17-33288**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,017.77 |
|---|---|---|---|

**Acorn Energy Group**

**1201 Page Dr S STE 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bill**

Fargo    **ND    58103-2355**

Date or dates debt was incurred    **2016**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.13 |
|---|---|---|---|

**Bakken Housing Management**

**1201 Page Dr S STE 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bill**

Fargo    **ND    58103-2355**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $399.90 |
|---|---|---|---|

**Battery Systems**

**12322 Monarch Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bill**

Garden Grove    **CA    92841**

Date or dates debt was incurred    **2016**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $996.00 |
|---|---|---|---|

**Bremer Bank, Delta Management**

**2499 Rice Steet Suite #245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bill**

St Paul    **MN    55113**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor      **Backup Power Source, Inc.**                              Case number (if known)   **17-33288**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              **Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,481.69** |
|---|---|---|---|

**Carolina Energy Distributors**

**9868 Harrisburg Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Bill**

| **Fort Mill** | **SC** | **29707** |

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$692.92** |
|---|---|---|---|

**Chandler Co-op**

**500 N. Juniper Drive Ste #100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Bill**

| **Chandler** | **AZ** | **85226** |

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.24** |
|---|---|---|---|

**Culligan**

**2122 Maple Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Bill**

| **Slayton** | **MN** | **56172** |

Date or dates debt was incurred    **2015**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Deb Johnson**

**2402 Maple Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Bill**

| **Slayton** | **MN** | **56172** |

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Backup Power Source, Inc.** | | Case number (if known)   **17-33288** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**Energy Media Group**

**1201 Page Dr #100**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,195.00

| **Fargo** | **ND** | **58103** |
|---|---|---|

**Basis for the claim:**
**Bill**

Date or dates debt was incurred   **2014**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**Frontier Communications**

**401 Merritt 7**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

| **Norwalk** | **CT** | **06851** |
|---|---|---|

**Basis for the claim:**
**Bill**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**Midwest Supply**

**2117 Maple Ave**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$307.71

| **Slayton** | **MN** | **56172** |
|---|---|---|

**Basis for the claim:**
**Bill**

Date or dates debt was incurred   **2015**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**Reliance Associates, PLLC**

**1201 Page Dr.**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,718.00

| **Fargo** | **ND** | **58103** |
|---|---|---|

**Basis for the claim:**
**Bill**

Date or dates debt was incurred   **2014**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Backup Power Source, Inc.**                                Case number (if known)   **17-33288**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$823.22** |

**SWIF**

**658 Cedar Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Saint Paul**          **MN**    **55155**          **Bill**

Date or dates debt was incurred    **2016**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☒ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$97,724.86** |

**Van Meter Inc.**

**850 32nd Ave SW**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cedar Rapids**          **IA**    **52404**          **Invoice for parts**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☒ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$728.93** |

**Xcel Energy**

**PO BOX 1443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Minneapolis**          **MN**    **55480-1443**          **Bill**

Date or dates debt was incurred    **2016**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __          ☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 6

Debtor    **Backup Power Source, Inc.**                                    Case number (if known)   **17-33288**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$7,682.29** |
| 5b. | **Total claims from Part 2** | 5b. + | **$118,027.37** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$125,709.66** |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Backup Power Source, Inc.** |
| --- | --- |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known) | **17-33288** |

Chapter    **7**

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Fill in this information to identify the case: |
|---|
| Debtor name **Backup Power Source, Inc.** |
| United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA** |
| Case number (if known) **17-33288** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name **Backup Power Source, Inc.** |
| United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA** |
| Case number **17-33288**<br>(if known) |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-13-2017          X _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

**Charles Clour**
Printed name

**President**
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Backup Power Source, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known) | **17-33288** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2017** MM / DD / YYYY | to | Filing date | | ☑ Operating a business ☐ Other _____ | **$0.00** |
| For prior year: | From **01/01/2016** MM / DD / YYYY | to | **12/31/2016** MM / DD / YYYY | | ☑ Operating a business ☐ Other _____ | **$38,589.65** |
| For the year before that: | From **01/01/2015** MM / DD / YYYY | to | **12/31/2015** MM / DD / YYYY | | ☑ Operating a business ☐ Other _____ | **$76,407.00** |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Backup Power Source, Inc.** | Case number (if known) | **17-33288** |
|---|---|---|---|
| | Name | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:     Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Van Meter Inc v. Backup Power Source Inc.** | **Contract claim** | **Hennepin County District Court**<br>Name<br><br>**300 S. 6th St.**<br>Street | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| **Case number**<br>**27-CV-17-10667** | | **Minneapolis**     **MN**   **55402**<br>City          State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Backup Power Source, Inc.**    Case number (if known)    **17-33288**
Name

| Part 4: | Certain Gifts and Charitable Contributions |

**9.**    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Part 5: | Certain Losses |

**10.**    All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Part 6: | Certain Payments or Transfers |

**11.**    **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **James Sandsmark, Attorney** | | **6/21/2017** **10/17/2017** | **$2,335.00** |
| **Address** | | | |
| **921 2nd Ave. S.** Street | | | |
| **Fargo**                  **ND**      **58103** City                        State    ZIP Code | | | |
| **Email or website address** **sandsmarklaw@cableone.net** | | | |
| **Who made the payment, if not debtor?** **Charles Clour and Dan Erickson** | | | |

**12.**    **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Debtor | **Backup Power Source, Inc.** | Case number (if known) | **17-33288** |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

| Debtor | **Backup Power Source, Inc.** | Case number (if known) | **17-33288** |
|---|---|---|---|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor    **Backup Power Source, Inc.** _____    Case number (if known)  **17-33288** _____
_____
Name

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No

☐ Yes.  Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.1. | **Reliance Associates PLLC** | | From  **2014**  | To  **2016** |
| | Name | | | |
| | **PO BOX 10158** | | | |
| | Street | | | |
| | | | | |
| | **Fargo** | **ND**  **58106** | | |
| | City | State  ZIP Code | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26b.1. | **Reliance Associates PLLC** | | From  **2014**  | To  **2016** |
| | Name | | | |
| | **PO BOX 10158** | | | |
| | Street | | | |
| | | | | |
| | **Fargo** | **ND**  **58106** | | |
| | City | State  ZIP Code | | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Reliance Associates PLLC** | |
| | Name | |
| | **PO BOX 10158** | |
| | Street | |
| | | |
| | **Fargo**  **ND**  **58106** | |
| | City  State  ZIP Code | |

Debtor    **Backup Power Source, Inc.**                                    Case number (if known)    **17-33288**
                Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | **Andy Henderson** <br> Name <br> **1201 Page Dr** <br> Street | |

| | | |
|---|---|---|
| | **Fargo** | **ND** | **58103** |
| | City | State | ZIP Code |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Charlie Clour** | **2 2nd Ave. S., Suite 45** <br> **Sauk Rapids, MN 56379** | **President/secretary** | |
| **Mike Marcil** | **1201 Page Dr.** <br> **Fargo, ND 58103,** | **Board Member** | |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

| Debtor | **Backup Power Source, Inc.** | Case number (if known) | **17-33288** |
|---|---|---|---|
| | Name | | |

## Part 14:    Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *11-13-2017*
　　　　　　　 MM / DD / YYYY

X _____    Printed name  **Charles Clour**
　 Signature of individual signing on behalf of the debtor

　 Position or relationship to debtor  **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

LOCAL FORM 1007-1
REVISED 06/16

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                Case No.


                  Debtor(s).


## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:


   For legal services, I have agreed to accept:                    $_____


   Prior to the filing of this statement I have received:          $_____


   Balance Due                                                     $_____

2.      The source of the compensation paid to me was:


                  Debtor                   Other (specify) Paid by Stockholders of Corporation

3.      The source of the compensation to be paid to me is:


                  Debtor                   Other (specify)

4.

          I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.


          I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

LOCAL FORM 1007-1
REVISED 06/16

5.      In return for the above-disclosed fee, together with such further fee, if any, as is provided
        in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal
        service for all aspects of the bankruptcy case, including:

        A.      Analysis of the debtor's financial situation, and rendering advice to the debtor in
                determining whether to file a petition in bankruptcy;

        B.      Preparation and filing of any petition, schedules, statements of affairs and plan
                which may be required;

        C.      Representation of the debtor at the meeting of creditors and confirmation hearing,
                and any adjourned hearings thereof;

        D.      Representation of the debtor in contested bankruptcy matters: and

        E.      Other services reasonably necessary to represent the debtor(s).

6.      Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the
        requirements in the Statement of Financial Affairs to disclose all payments made, or
        property transferred, by or on behalf of the debtor to any person, including attorneys, for
        consultation concerning debt consolidation or reorganization, relief under bankruptcy law,
        or preparation of a petition in bankruptcy.  I have reviewed the debtor's disclosures and they
        are accurate and complete to the best of my knowledge.

## CERTIFICATION

        I certify that the foregoing, together with the written contract required by 11 U.S.C.
§528(a)(1), is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy case.

Date: _____

_____
Signature of Attorney

Page 2 of  2

LOCAL FORM 1008-1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Backup Power Source, Inc.                              Case No.  17-33288

Debtor(s).

## PROOF OF AUTHORITY TO SIGN AND FILE PETITION

I, Charlie Clour, declare under penalty of perjury that I am the President/Secretary of Backup Power Source Inc., a Minnesota corporation and that on 23rd day of June, 2017 the following resolution was duly adopted by the [insert title] of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Charlie Clour, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Charlie Clour, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Charlie Clour, President of this corporation, is authorized and directed to employ James D. Sandsmark, attorney, to represent the corporation in such bankruptcy case."

Executed on: June 23, 2017          Signed: _____

Charlie Clour
2 - 2nd Ave South Suite #45
Sauk Rapids, MN 56379

REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:   Backup Power Source, Inc.

Case No.   17-33288

Debtor(s).

## SIGNATURE DECLARATION

- [x] PETITION, SCHEDULES & STATEMENTS
- [ ] CHAPTER 13 PLAN
- [ ] VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
- [ ] AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- [ ] MODIFIED CHAPTER 13 PLAN
- [ ] OTHER: PLEASE DESCRIBE: _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1.  The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2   The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3.  **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4   I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5.  My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6.  **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: _11-13-2017_

x_____
Signature of Debtor 1 or Authorized
Representative

x_____
Signature of Debtor 2

_Charles Clow_
Printed name of Debtor 1 or Authorized
Representative

_____
Printed Name of Debtor 2